Cite as 2020 Ark. 337

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CIVIL PRACTICE

**Opinion Delivered** October 15, 2020

**PER CURIAM**

Brian Brooks, Esq., of Greenbrier, and Bob Estes, Esq., of Fayetteville are reappointed to the Civil Practice Committee for three-year terms to expire on July 31, 2023. The court thanks these members for their continued service. The court expresses its gratitude to Suzanne Clark, Esq., of Fayetteville, John Baker, Esq., of Little Rock, Steve Sipes, Esq., of Little Rock, and David Williams, Esq., of Little Rock whose terms have expired and are term-limited, for their dedicated service to the committee.